UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.170.54.22,<br><br>　　　　　Defendant. | Case Number: 4:25-cv-05458-HSG<br><br>Honorable Haywood S Gilliam, Jr<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE (as modified)** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for September 30, 2025, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until December 15, 2025 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled via Zoom for September 30, 2025 is continued to January 20, 2026 at 2:00 p.m. The Zoom information and instructions remain the same as previously provided in docket no. 6. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD.

**DONE AND ORDERED**.

Dated: 9/22/2025

By: *[signature]*
United States District Judge
Hon. Haywood S Gilliam, Jr

Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 4:25-cv-05458-HSG

1